CASE CLOSED

**SCHEPISI & MCLAUGHLIN, P.A.**
Gregory M. Dexter, Esq.
473 SYLVAN AVENUE
P.O. BOX 1313
ENGLEWOOD CLIFFS, NJ 07632
(201) 569-9898
Attorneys for M & G Auto Parts, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| M & G AUTO PARTS, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAHALA CORP., BLIMPIE INTERNATIONAL, INC. and BLIMPIE SUBS, INC. a/k/a NEWARK AVENUE SUBS, INC. a/k/a BLIMPIE CLUCKU PIZZA.<br><br>Defendants. | Civil Action No: 15-cv-01860 MCA-JBC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(i)** |

**THIS MATTER** being submitted to the Court by Schepisi & McLaughlin, P.A., attorneys for M & G Auto Parts, Inc.;

**WHEREAS,** with no party admitting fault in this action, and the parties' mutually desiring to resolve this matter at this juncture, this matter is settled on a non-class basis on behalf of the Lead Plaintiff M & G Auto Parts, Inc. (the "Lead

Plaintiff") and the Complaint is voluntarily dismissed with prejudice as to the Lead Plaintiff and without costs against any party;

**WHEREAS,** Defendants have neither answered nor moved for summary judgment and no class certification motion has been filed;

**WHEREAS,** this dismissal is without prejudice to any putative class member except the Lead Plaintiff because the class was never certified pursuant to Federal Rule of Civil Procedure 23(e);

**WHEREAS,** notice of this settlement is not required because it binds only the Lead Plaintiff and not any other putative class member;

**PLEASE TAKE NOTICE,** that this matter is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 10, 2015

Respectfully submitted,

SCHEPISI & McLAUGHLIN, P.A.

/s Gregory M. Dexter
Gregory M. Dexter
Schepisi & McLaughlin, P.A.
473 Sylvan Avenue
Englewood Cliffs, NJ 07632

*Attorneys for Individual and Representative Plaintiff M & G Auto Parts, Inc.*

July 15-15

SO ORDERED

Madeline Cox Arleo, U.S.D.J.